United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTIONETTE TULLIS,<br><br>    Plaintiff,<br><br>    v.<br><br>EVEREST RECEIVABLE SERVICES, INC.,<br><br>    Defendant. | Case No.  4:16-cv-04227-KAW<br><br>ORDER GRANTING TELEPHONIC APPEARANCES<br><br>Re: Dkt. Nos. 31, 32 |

Plaintiff and Defendant's separate motion to appear telephonically at the case management conference on March 7, 2017 at 1:30 P.M. are GRANTED.  The parties are advised that future telephonic appearances must be requested well in advance of the hearing date.

Counsel shall comply with the Court's Standing Order on Procedures for Telephonic Appearances, available online at *http://cand.uscourts.gov/kaworders*.  This includes personally arranging the telephonic appearance with CourtCall—a paid, private service—in advance of the hearing date.

IT IS SO ORDERED.

Dated: March 7, 2017

                                             _____
                                             KANDIS A. WESTMORE
                                             United States Magistrate Judge