# UNITED STATES DISTRICT COURT IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Antoinette Tullis,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Everest Receivable Services, Inc,<br><br>　　　　Defendant. | Case No.: 4:16-cv-04227-KAW<br><br>**[PROPOSED] ORDER** |

Based on the Stipulation jointly filed by the Parties to the above-captioned case, it is hereby **ORDERED** that this case is dismissed with prejudice, with each party to bear its own attorney fees and costs.

**IT IS SO ORDERED**.

Dated: 4/26 , 2017

　　　　　　　　　　　　　　　　　　　_Kandis Westmore_
　　　　　　　　　　　　　　　　　　　Hon. Kandis A. Westmore
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge